1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2 | BRIAN J. STRETCH (CSBN 163973)
3 | Chief, Criminal Division

4 | BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

5 |
6 | 450 Golden Gate Ave. 11th Floor
San Francisco, Ca. 94102
Telephone: (415) 436-7223

7 | Attorney for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. CR 07-0645 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF ADDITION OF COUNSEL** |
| WILLIAMS ET. AL, | ) | |
| Defendant. | ) | |

The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Assistant United States Attorney ("AUSA") Barbara Brennan Silano is also assigned to this case. Accordingly, please have future ECF notices sent to AUSA Silano at the email address of barbara.silano@usdoj.gov

Respectfully submitted,

DATED: January 3, 2008                                /s/
                                                      _____
                                                      BARBARA BRENNAN SILANO
                                                      Assistant United States Attorney

NOTICE OF ADDITION OF COUNSEL