IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT SANTA RITA JAIL |
| ) | |
| v. ) | |
| ) | |
| RONALD WILLIAMS, et.al., ) | |
| ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

///

Proposed Order MP3 Player Santa Rita



1

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Santa Rita Jail;
4  BARRY LYNN SAMUEL,
5  ELEAZOR MORA-ARCIGA,
6  SALVADOR ORTEGA,
7  ERIKA MANZO,
8  JAVIER ULISES ZAMORA-HERNANDEZ,
9  ALFREDO GONZALEZ GOVEA,
10  CESAR RAMIREZ-CHAVIRA,
11  MIGUEL RAMIREZ.

13  IT IS SO ORDERED.

15  Dated: MAR 1 2 2008

THE HONORABLE MAXINE M. CHESNEY
United States District Judge