UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: <u>May 14, 2008</u>

Case No. <u>CR-07-0645 MMC</u>　　　　　　　　　JUDGE:　**Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Miguel Ramirez (cust)

_____　　Present (X) Not Present ( ) In Custody (X)
　　　　　　DEFENDANT

　　　　　　　　　　　　　　　　　　　　　　Ron Tyler (Williams); Richard Mazer (Samuel);
　　　　　　　　　　　　　　　　　　　　　　Richard Tamor for Wiilliam DuBois Hilario);
　　　　　　　　　　　　　　　　　　　　　　Randall Knox (Arciga) Henry Schaefer for
　　　　　　　　　　　　　　　　　　　　　　Michael Stepanian (Ortega); Lidia Stiglich (S.
　　　　　　　　　　　　　　　　　　　　　　Aranda); Martha Boersch for Ethan Balogh (Manzo);
　　　　　　　　　　　　　　　　　　　　　　Mary McNamara (Zamora-Hernandez); Richard
　　　　　　　　　　　　　　　　　　　　　　Tamor For George Boisseau (Silva); Ron Tyler
　　　　　　　　　　　　　　　　　　　　　　forJeffry Glenn (Govea); Tony Brass (Bishop);
　　　　　　　　　　　　　　　　　　　　　　Nicholas Reyes (Camacho-Mendez); Martha Boersch
　　　　　　　　　　　　　　　　　　　　　　(Ramirez-Chavira); Shana Keating (M. Ramirez)

<u>Barbara Silano and Kirstin Ault</u>　　　　　　_____
　　U.S. ATTORNEY(S)　　　　　　　　　　　　ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>　　　　　　　　Reporter: <u>Katherine Powell</u>

Spanish Interpreter: <u>Melinda Basker</u>

**PROCEEDINGS**

REASON FOR HEARING　<u>Further Status/ Motion Setting Conference</u>

RESULT OF HEARING　<u>AUSA Kirstin Ault informed the Court that there are currently</u>
　　　　　　　　　　<u>9 outstanding plea proposals and that all discovery has been</u>
　　　　　　　　　　<u>Given to defendants. Court informed counsel that the Court would</u>
　　　　　　　　　　<u>Be available on June 18, 2008 at 10:00 a.m. for Change of Plea(s)</u>

Case continued to <u>June 25, 2008 at  2:00 p.m.</u>    for Further Status/Motion Setting Conference (Courtroom #4, 17th Floor).

Case continued to _____ for Motions.
          (Motion due _____, Opposition due _____, Reply Due _____)

Case continued to _____ for Pretrial.

Case continued to _____ for Trial. (Court/Jury: ____day(s)

Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins <u>5/14/08</u>   Ends <u>6/25/2008</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////