UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: June 25, 2008

Case No. CR-07-0645 MMC                                JUDGE:    **Maxine M. Chesney**

Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Miguel Ramirez (cust);
Carlos Guerrero-Elenes (cust); Luis Cuevas-Medina (cust)*

_____          Present (X) Not Present (  ) In Custody (X)
         DEFENDANT

Richard Tamor for Wiilliam DuBois Hilario);
Randall Knox (Arciga) Michael Stepanian (Ortega);
Martha Boersch for Ethan Balogh (Manzo);
August Gugelmann for Mary McNamara (Zamora-Hernandez); George Boisseau (Silva);
Jeffry Glenn (Govea); Nicholas Reyes (Camacho-Mendez); Martha Boersch (Ramirez-Chavira);
Shana Keating (M. Ramirez);
Steve Gruel (Guerrero-Elenes);
Garrick Lew (Cuevas-Medina)

Barbara Silano and Kirstin Ault                 _____
       U.S. ATTORNEY(S)                          ATTORNEY(s) FOR DEFENDANT(s)


Deputy Clerk: Tracy Lucero                      Reporter: Connie Kuhl

Spanish Interpreter: Cristina Visus


**PROCEEDINGS**

REASON FOR HEARING   Further Status/ Motion Setting Conference

RESULT OF HEARING    AUSA Barbara Silano informed the Court that criminal history discovery as to certain defendants still needs to be provided.

Case continued to <u>July 9, 2008 at 10:00 a.m.</u>   for Further Status/Motion Setting Conference
/Possible Change of Plea(s)
(Courtroom #4, 17th Floor).

Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins <u>6/25/08</u>   Ends <u>7/9/2008</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////